**UNITED STATES of America,**
**Petitioner–Appellee,**

v.

**Eliseo CRUZ, Defendant–Appellant.**

**No. 12–12443**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 14, 2012.

Timothy M. Cole, Wifredo A. Ferrer, Kathleen Mary Salyer, Anne Ruth Schultz,

U.S. Attorney's Office, Miami, FL, for Petitioner–Appellee.

Robert N. Berube, Robin J. Farnsworth, Federal Public Defender's Office, Fort Lauderdale, FL, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Eliseo Cruz, Folkston, GA, pro se.

Before HULL, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, on behalf of Michael Caruso, Interim Federal Public Defender and appointed counsel for Eliseo Cruz, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cruz's conviction and sentence are **AFFIRMED.**